MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
MARY K. DIMKE
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 12 2014

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL CONTRERAS,<br><br>Defendant. | 4:14-CR-6037-EFS<br><br>INDICTMENT<br><br>Vios:<br><br>Ct. 1:   21 U.S.C. § 841(a)(1)<br>Possession with Intent to Distribute Methamphetamine<br><br>Ct. 2:   26 U.S.C. §§ 5841, 5861(d), and 5871<br>Possession of an Unregistered Firearm |

The Grand Jury charges:

**Count 1**
**(Possession with Intent to Distribute Methamphetamine)**

On or about July 30, 2014, in the Eastern District of Washington, the defendant, MIGUEL CONTRERAS, did knowingly and intentionally possess with intent to distribute 5 grams or more of actual methamphetamine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(B)(viii), and Title 18, United States Code, Section 2.

INDICTMENT - 1

## Count 2
### (Possession of an Unregistered Firearm)

On or about July 30, 2014, in the Eastern District of Washington, the defendant, MIGUEL CONTRERAS, did knowingly possess a firearm, to wit: a Remington 12 gauge shotgun, Model Wingmaster 870, bearing serial number T085479M, with a barrel length less than 18 inches in length, which firearm had not been registered to him in the National Firearms Registration and Transfer Record, as required by Chapter 53, Title 26, United States Code, all in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d) and 5871.

DATED this 12th day of August 2014.

A TRUE BILL

MICHAEL C. ORMSBY
United States Attorney

SHAWN N. ANDERSON
Supervisory Assistant United States Attorney

MARY K. DIMKE
Assistant United States Attorney

INDICTMENT                                    2